PARKER, PLAINTIFF AND RESPONDENT, v. OLLER, DEFENDANT
AND APPELLANT.

APPEAL from the District Court of San Juan, Section 1, in
an Action of Unlawful Detainer.

MOTION for Dismissal of Appeal.

No. ——.—Decided November 13, 1914.

APPEAL—STATEMENT OF CASE.—Failure to file a statement of the case is not of
itself sufficient ground to warrant the dismissal of an appeal.

The facts are stated in the decision.
*Mr. O. M. Wood* for the respondent.
The appellant did not appear.

DECISION.

The court having carefully considered the motion filed
by the respondent for dismissal of this appeal on the sole
ground that the extension of time granted by the trial court
for filing the statement of the case had expired and the said
statement had not been presented, and this ground not being
sufficient of itself to warrant a dismissal of the appeal, ac-
cording to the doctrine laid down by this court in the cases
of *Successors of José Martínez* v. *Tomás Dávila & Co.,* 17
P. R. R., 1068, and *Monge* v. *Central Vannina,* 19 P. R. R.,
1187, the motion is overruled without prejudice to the rights
of the parties.

*Motion overruled.*

Justices Wolf, del Toro, Aldrey and Hutchison concurred.
Mr. Chief Justice Hernández did not sit at the hearing
on this motion.